UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re )
)
Mary Kathryn O'Brien ) Chapter 13
) Case No. 10-19316-JNF
Debtor )

Mary Kathryn O'Brien )
)
Plaintiff )
)
v. ) Adv. Pro. No. 11-1270
)
J.P. Morgan Chase Bank, N.A., et al. )
)
Defendants )

## ORDER OF DISMISSAL

This adversary proceeding *is* related to case number 10-19316 which was dismissed on February 29, 2012.

Accordingly, it is ORDERED that this proceeding be, and hereby is, dismissed for lack of jurisdiction.

Dated: March 1, 2012

_Joan N. Feeney_
Joan N. Feeney
U.S. Bankruptcy Judge